# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| GREGORY W. SUMMERS,<br><br>　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:12-cv-533-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**. This matter is remanded to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g). Defendant's Motion for Summary Judgment is DENIED and Judgment is entered for Plaintiff.

DATED: January 13, 2014

　　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　Deputy Clerk